USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Judith A. Archer
Erica A. Reed
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Telecopier: (212) 318-3400

*Attorneys for Defendant Kaza Azteca America Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

HISPANIC INDEPENDENT
TELEVISION SALES, LLC, n/k/a
HISPANIC MEDIA WORKS,

          Plaintiff,   :   Index No. 10 cv 0932 (SHS)

   - against -   :   **STIPULATION**

KAZA AZTECA AMERICA INC.,

          Defendant.

------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for plaintiff Hispanic Independent Television Sales, LLC, now known as Hispanic Media Works and defendant Kaza Azteca America Inc. ("Kaza") that the time within which defendant Kaza must answer, move or otherwise respond to the Motion for Summary Judgment in lieu of Complaint is extended to and including February 25, 2010. A facsimile signature shall be construed as an original signature for purposes of this Stipulation.

| BLANK ROME LLP | FULBRIGHT & JAWORSKI L.L.P. |
|---|---|
| By: _____<br>Michael A. Rowe | By: _____<br>Erica A. Reed |

65456179.1

10 Civ 932 (SHS)

| | |
|---|---|
| 405 Lexington Avenue<br>New York, New York 10174<br>Telephone: (212) 885-5000<br>Facsimile: (212) 885-5001<br><br>*Attorneys for Plaintiff*<br>*Hispanic Independent Television Sales, LLC,*<br>*now known as Hispanic Media Works Inc.* | 666 Fifth Avenue, 31st Floor<br>New York, New York 10103-3198<br>Telephone: (212) 318-3000<br>Facsimile: (212) 318-3400<br><br>*Attorneys for Defendant*<br>*Kaza Azteca America Inc.* |

SO ORDERED: 2/11/10

USDJ.
Sidney H. Stein