USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HISPANIC INDEPENDENT TELEVISION  :  10 Civ. 932 (SHS)
SALES, LCC,
                                 :
            Plaintiff,
                                 :
    -against-                       ORDER
                                 :
KAZA AZTECA AMERICA INC.,
                                 :
            Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that plaintiff shall reply to its motion for summary judgment in lieu of complaint on or before March 4, 2010.

Dated: New York, New York
      February 23, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.